### Evelyn MCKINLEY, Appellant

v.

### SECRETARY OF the UNITED STATES ARMY, Appellee.

### No. 07–1576.

United States Court of Appeals,
Third Circuit.

Submitted July 21, 2008
Pursuant to Third Circuit LAR 34.1(a).

Filed: Aug. 11, 2008.

Neal A. Sanders, Law Offices of Neal Alan Sanders, Butler, PA, for Appellant.

Laura S. Irwin, Office of United States Attorney, Pittsburgh, PA, for Appellee.

Before: McKEE, FUENTES, and JORDAN, Circuit Judges.

## OPINION OF THE COURT

McKEE, Circuit Judge.

Evelyn McKinley appeals the district court's grant of summary judgment in favor of her employer, the United States Army, in the gender discrimination action she filed under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e. We will affirm.

Inasmuch as we write primarily for the parties who are familiar with this case, we need not recite the factual or procedural background of this dispute. We have reviewed the thorough and thoughtful Report and Recommendation which the Magistrate Judge filed on December 13, 2006, and the district court adopted on February 6, 2007. That Report and Recommendation fully and accurately explains why the Army was entitled to summary judgment, and we can add little to that analysis and discussion. Accordingly, we will affirm substantially for the reasons set forth in the aforementioned Report and Recommendation.